

# PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, Nov 13, 2020

**Server Name:** Sheriff Drop

| Entity Served | COMPLIANCE STAFFING AGENCY |
|---|---|
| Agent Name | |
| Case Number | 2020L38 |
| Jurisdiction | IL |



Exhibit A

IN THE CIRCUIT COURT FOR THE SECOND JUDICIAL CIRCUIT
FRANKLIN COUNTY, ILLINOIS

| | |
|---|---|
| SEAN VANCIL, | |
| Plaintiff, | |
| vs. | 20-L-_____ 2020L38 |
| COMPLIANCE STAFFING AGENCY, LLC, f/k/a JM SERVICES, a/k/a JENNMAR SERVICES | JURY TRIAL DEMANDED. |
| Defendant. | |

### SUMMONS

To each defendant: Compliance Staffing Agency, a/k/a Jenmar Services, c/o its registered agent, CT Corporation System, 208 So. Lasalle St., Suite 814, Chicago, IL 60604.

You are summoned and required to file an answer in this case, or otherwise file your appearance in the Office of the Clerk of this Court, Franklin County Courthouse, Benton, Illinois, within 30 days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the officer: Cook County Sheriff's Department

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

(Seal of Court)

11/5/2020
WITNESS _____, 20__
_____ (Clerk of the Court)
By _____
(Deputy)

SCHAFER LAW LLC
Attorneys for Plaintiff
108 North VanBuren St.
PO Box 928
Marion, IL 62959
Phone: 618-997-4877
Fax: 618-997-4888
Email: jschafer@mschaferlaw.com

Exhibit A

\* 5  0  0  4  0  6  5  9 \*

SHERIFF'S FEES  (Service and return .....................$_____
(Miles _____ .................... _____
(Total.................................................................................$_____

_____
Sheriff of Cook County

I certify that I served this summons on defendants as follows:

(a) -- (Individual defendants -- personal):
(The officer or other person making service, shall (a) identify as to sex, race and approximate ago of the defendant with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of the day when the summons was left with the defendant.)

_____

_____

_____

(b) (Individual defendants - abode):
By leaving a copy of this Complaint at the usual place of abode of the defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the Complaint. (The officer of other person making service, shall (a) identify as to sex, race and approximate age of the person, other than the defendant, with whom he left the Complaint, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of day when the Complaint as left with such person.

_____

_____

_____

and also by sending a copy of the Complaint in a sealed envelope with postage fully prepaid, addressed to the defendant at his usual place of abode, as follows:

| Name | Mailing Address | Date of Mailing |
|------|-----------------|-----------------|
| Name | Mailing Address | Date of Mailing |

(c) - (Corporation defendants): By leaving a copy of this Complaint with the registered agent, officer or agent of each defendant corporation, as follows:

| Corporation | Officer/Agent | Date of Service |
|-------------|---------------|-----------------|

(d) - (Other service):

_____

_____

SHERIFF OF COOK COUNTY

BY _____

Exhibit A



IN THE CIRCUIT COURT FOR THE SECOND JUDICIAL CIRCUIT
FRANKLIN COUNTY, ILLINOIS

| | |
|---|---|
| SEAN VANCIL, | |
| Plaintiff, | |
| vs. | 20-L-_____  2020L38 |
| COMPLIANCE STAFFING AGENCY, LLC, f/k/a JM SERVICES, a/k/a JENNMAR SERVICES | JURY TRIAL DEMANDED. |
| Defendant. | |

## SUMMONS

To each defendant: Compliance Staffing Agency, a/k/a Jenmar Services, c/o its registered agent, CT Corporation System, 208 So. Lasalle St., Suite 814, Chicago, IL 60604.

You are summoned and required to file an answer in this case, or otherwise file your appearance in the Office of the Clerk of this Court, Franklin County Courthouse, Benton, Illinois, within 30 days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the officer: Cook County Sheriff's Department

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

(Seal of Court)

WITNESS _____, 20__
11/5/2020

_____ (Clerk of the Court)

By _____
(Deputy)

SCHAFER LAW LLC
Attorneys for Plaintiff
108 North VanBuren St.
PO Box 928
Marion, IL 62959
Phone: 618-997-4877
Fax: 618-997-4888
Email: jschafer@mschaferlaw.com

Exhibit A

\* 5 0 0 4 0 6 5 9 \*

SHERIFF'S FEES   (Service and return .................$_____
(Miles _____ ................ _____
(Total.................................................................................$_____

_____
Sheriff of Cook County

I certify that I served this summons on defendants as follows:

(a) -- (Individual defendants -- personal):
(The officer or other person making service, shall (a) identify as to sex, race and approximate ago of the defendant with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of the day when the summons was left with the defendant.)

_____

_____

_____

(b) (Individual defendants - abode):
By leaving a copy of this Complaint at the usual place of abode of the defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the Complaint. (The officer of other person making service, shall (a) identify as to sex, race and approximate age of the person, other than the defendant, with whom he left the Complaint, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of day when the Complaint as left with such person.

_____

_____

_____

and also by sending a copy of the Complaint in a sealed envelope with postage fully prepaid, addressed to the defendant at his usual place of abode, as follows:

| Name | Mailing Address | Date of Mailing |
|---|---|---|
| Name | Mailing Address | Date of Mailing |

(c) - (Corporation defendants): By leaving a copy of this Complaint with the registered agent, officer or agent of each defendant corporation, as follows:

| Corporation | Officer/Agent | Date of Service |
|---|---|---|

(d) - (Other service):

_____

_____

SHERIFF OF COOK COUNTY

BY _____

Exhibit A



\* 5 0 0 4 0 6 5 9 \*

## IN THE CIRCUIT COURT FOR THE SECOND JUDICIAL CIRCUIT

## FRANKLIN COUNTY, ILLINOIS

FILED
Franklin Co. Circuit Court
2nd Judicial Circuit
Date: 11/5/2020 2:04 PM
Jim Muir

SEAN VANCIL,

    Plaintiff,

vs.

COMPLIANCE STAFFING AGENCY, LLC, f/k/a JM SERVICES, a/k/a JENNMAR SERVICES

    Defendant.

20-L-_____ 2020L38

JURY TRIAL DEMANDED.

## COMPLAINT AND JURY DEMAND

### COUNT I

#### Compliance Staffing/Retaliatory Discharge

NOW COMES the Plaintiff, Sean Vancil, hereinafter "Plaintiff," by and through his attorneys, Schafer Law LLC, and for Count I of his Complaint against the Defendant, Compliance Staffing, LLC, k/k/a JennMar doing business as, "Compliance Staffing" and "JM Services" states as follows:

1. Plaintiff is a Resident of Williamson County IL.

2. Plaintiff was hired by Compliance Staffing, LLC, a Pennsylvania corporation

3. In Sept of 2018, Calandra Group, LLC, who upon information and belief includes JennMar, elected to change the name of Compliance Staffing Agency (CSA) to JENNMAR Services, LLC (JMS). The name change took effect on or about October 1, 2018.

4. JennMar has several affiliates, including JM Services.



\* 5 0 0 4 0 6 5 9 \*

5. Plaintiff was then paid by JM Services.

6. At all times mentioned herein, Defendant JennMar was and is a Pennsylvania corporation doing business in multiple Counties in Illinois, including Franklin.

7. Plaintiff was employed by Defendant, from approximately April of 2018 through June of 2019.

8. During that time, Plaintiff worked for Defendant, JennMar/Compliance Staffing at their Franklin County headquarters, warehouse, Hamilton County Coal, and Mach Mine.

9. On August 8, 2018, during the course and scope of his employment with Defendant at the Hamilton County Coal Facility, Plaintiff suffered an injury to his right knee.

10. Plaintiff filed an Application for Adjustment of Claim on March 29, 2019, with the Illinois Industrial Commission, took time off due to his work related injury, sought medical care for his work related injuries, underwent medial and lateral meniscal meniscectomy, and otherwise exercised his rights under the Illinois Worker's Compensation Act in case number 19-WC-009618.

11. Plaintiff was released to return to work full duty on November 26, 2018.

12. Plaintiff returned to work for Defendant on or around November 26, 2018.

13. On December 1, 2018, during the course and scope of his employment with Defendant at Mach Mine, Plaintiff suffered an injury to his right wrist and hand.

14. Plaintiff filed an Application for Adjustment of Claim on March 29, 2019, with the Illinois Industrial Commission, took time off due to his work related injury, sought medical care for his work related injuries, underwent a dorsal compartment release, and otherwise

2



exercised his rights under the Illinois Worker's Compensation Act in case number 19-WC-009617.

15. Plaintiff was released to return to work full duty on June 12, 2019.

16. Plaintiff returned to Defendants office in Akin, Franklin County, Illinois on or around June 12, 2019, and was told not to report back and that they had no more work for him.

17. Since that time JennMar, d/b/a Compliance Staffing has advertised for other employees and has hired other employees.

18. Plaintiff's dismissal by Defendant and refusal to return him to work, was in retaliation for the exercise of his rights under the Illinois Worker's Compensation Act 820 ILCS 305/1 et seq and said discharge is contrary to the public policy of the State of Illinois.

19. Plaintiff has been damaged by the retaliatory dismissal by Defendant, Compliance Staffing, in that he has lost wages, incurred expenses and costs in seeking alternative employment, lost pension rights and fringe benefits associated with his employment, and suffered embarrassment and emotional distress.

20. Defendant's action in retaliating against Plaintiff was willful, intentional and malicious, and Plaintiff is entitled to punitive damages.

WHEREFORE, Plaintiff, Sean Vancil, prays that this Court enter judgment against Defendant, Compliance Staffing, LLC, for a reasonable sum in excess of $50,000.00 for compensatory damages, punitive damages, and costs of suit.

**PLAINTIFF DEMANDS TRIAL BY JURY OF TWELVE**

Exhibit A

SCHAFER LAW LLC

BY _____
Jay Schafer
Attorney for Plaintiff
ARDC No. 06226013

## COUNT II

### Compliance Staffing/Retaliatory Failure to Rehire

NOW COMES the Plaintiff, Sean Vancil, hereinafter "Plaintiff," by and through his attorneys, Schafer Law LLC, and for Count II of his Complaint against the Defendant, Compliance Staffing, LLC, hereinafter, "Compliance Staffing" states as follows:

1.-17. Plaintiff repeats and realleges Paragraph 1 through Paragraph 17 of Count I as though said paragraphs were set out fully herein.

18. Plaintiff asked to return full duty to Compliance Staffing, and was told not to report back there.

19. During the time that Plaintiff was off due to his work related injuries, he was assured by Defendant's agents and employees that he could return to his old job.

20. Defendant ultimately refused to allow Plaintiff to return to his old job.

21. Defendant later hired other people to fill Plaintiff's position and/or similar positions.

22. The refusal by Defendant to rehire Plaintiff was in retaliation for the exercise of his rights under the Illinois Worker's Compensation Act 820 ILCS 305/1 et seq and said discharge is contrary to the public policy of the State of Illinois.

23. Plaintiff has been damaged by Defendant's refusal to rehire him in that he has lost

4



wages, incurred expenses and costs in seeking alternative employment, lost pension rights and fringe benefits associated with his employment, and suffered embarrassment and emotional distress.

24. Defendant's action in refusing to rehire Plaintiff was willful, intentional and malicious, and Plaintiff is entitled to punitive damages.

WHEREFORE, Plaintiff, Sean Vancil, prays that this Court enter judgment against Defendant, Compliance Staffing, LLC, for a reasonable sum in excess of $50,000.00 for compensatory damages, punitive damages, and costs of suit.

**PLAINTIFF DEMANDS TRIAL BY JURY OF TWELVE**

SCHAFER LAW LLC

BY _____
Jay Schafer
Attorney for Plaintiff
ARDC No. 06226013

Exhibit A

## **VERIFICATION**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and believe as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

_____<br>Sean Vancil

STATE OF ILLINOIS    )
    ) SS.
COUNTY OF WILLIAMSON    )

I, the undersigned, a Notary Public, in and for said County, in the State aforesaid, DO HEREBY CERTIFY THAT **Sean Vancil,** personally known to me to be the same person whose name is subscribed to the foregoing instrument appeared before me this day in person and acknowledged that he signed, sealed and delivered the said instrument as his free and voluntary act, for the uses and the purposes therein set forth.

Given under my hand and notarial seal this 5th day of November, 2020.



AMANDA GAJEWSKI
"OFFICIAL SEAL"
My Commission Expires
July 12, 2021

Notary Public

SCHAFER LAW LLC
108 North VanBuren St.
PO Box 928
Marion, IL 62959
Phone: 618-997-4877
Fax: 618-997-4888
Email: jschafer@mschaferlaw.com

6

Exhibit A


\* 5 0 0 4 0 6 5 9 \*

IN THE CIRCUIT COURT FOR THE SECOND JUDICIAL CIRCUIT
FRANKLIN COUNTY, ILLINOIS

FILED
Franklin Co. Circuit Court
2nd Judicial Circuit
Date: 11/5/2020 2:04 PM
Jim Muir

SEAN VANCIL,

    Plaintiff,

vs.

COMPLIANCE STAFFING
AGENCY, LLC, f/k/a JM SERVICES,
a/k/a JENNMAR SERVICES

    Defendant.

20-L-_____2020L38_____

JURY TRIAL DEMANDED.

### SUPREME COURT RULE 222(b) AFFIDAVIT

STATE OF ILLINOIS    )
                               ) SS.
COUNTY OF WILLIAMSON  )

I, JAY SCHAFER, being an adult person, upon my oath depose and say as follows:

1. I am an attorney duly licensed to practice law in the State of Illinois.

2. The Plaintiff herein, SEAN VANCIL, has retained the firm of SCHAFER LAW LLC to represent him in this claim.

3. After reviewing the information available to me on this date, it is my belief that all of the damages involved in this case will exceed $50,000.00.

4. I am not able to make a more positive effort or estimate of said damages at this time as further information obtained through discovery may require reassessment of these damages.

Further Affiant Sayeth Not.

_____
JAY SCHAFER

SUBSCRIBED and sworn to before me this 5th day of November, 2020.

_____
Notary Public

AMANDA GAJEWSKI
"OFFICIAL SEAL"
My Commission Expires
July 12, 2021

Exhibit A